UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| United States of America )<br>Appellee, )<br>vs. )<br>)<br>Donald G. Jackman, Jr )<br>Appellant. ) | Case No. Civ. No 04-1098 |

## MOTION FOR LEAVE TO FILE
## IN FORMA PAUPERIS

    Comes now Donald G. Jackman, Jr. (Mr. Jackman) in the above named and captioned case moving this Honorable Court to Grant Leave to file In Forma Pauperis. That Mr. Jackman is indigent and with out the financial means to pay the filing fees and that he is entitled to redress in the matter now before the court. That previous filings before this same court have been granted leave and it is respectfully requested that leave to file be granted in the forementioned case. In support of said motion Mr. Jackman has attached copies of his current inmate trust fund account in support of same.

Respectfully submitted,

_Donald G. Jackman, Jr._ Pro se

Donald G. Jackman, Jr. # 06804068

FILED

OCT 31 2005

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

(1)

**AFFIDAVIT IN SUPPORT OF ACCOUNT STATEMENT**

United States of America

    vs.                        Case No. 04-1098

Donald G. Jackman, Jr.

**CERTIFICATE**

I, hereby certify that the petitioner herein has the sum of $2.46 on his inmate trust fund account at Federal Correctional Institution Mckean where he is presently being held.

I, further certify that petitioner likewise has the following securities to his credit or other valuable property. N/A

10/26/05
(Date)

_____ Lawrence
(Authorized Officer of Institution)

cc: Account statement attached.

# Inmate Statement

| Inmate Reg #: | 06804-068 | Current Institution: | McKean FCI |
| Inmate Name: | JACKMAN, DONALD | Housing Unit: | B |
| Report Date: | 10/26/2005 | Living Quarters: | B01-116L |
| Report Time: | 10:51:06 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | 10/24/2005 7:58:51 PM | ITS1024 | | | ITS Withdrawal | ($2.00) | | $2.46 |
| MCK | 10/12/2005 8:39:56 PM | ITS1012 | | | ITS Withdrawal | ($1.00) | | $4.46 |
| MCK | 10/12/2005 6:04:14 PM | 140 | | | Sales | ($5.00) | | $5.46 |
| MCK | 10/7/2005 5:09:53 PM | ITS1007 | | | ITS Withdrawal | ($5.00) | | $10.46 |
| MCK | 10/7/2005 11:36:18 AM | JV0006 | | | Payroll - IPP | $5.28 | | $15.46 |
| MCK | 10/7/2005 5:44:57 AM | 70142801 | | | Lockbox - CD | $10.00 | | $10.18 |
| MCK | 10/4/2005 6:13:25 PM | 96 | | | Sales | ($1.00) | | $0.18 |
| MCK | 9/7/2005 11:57:07 AM | 145 | | | Sales | ($6.00) | | $1.18 |
| MCK | 9/5/2005 7:59:53 PM | ITS0905 | | | ITS Withdrawal | ($3.00) | | $7.18 |
| MCK | 9/2/2005 8:27:33 AM | JV0155 | | | Payroll - IPP | $10.08 | | $10.18 |
| MCK | 8/29/2005 5:18:27 PM | 65 | | | Sales | ($5.00) | | $0.10 |
| MCK | 8/26/2005 7:43:08 PM | ITS0826 | | | ITS Withdrawal | ($5.00) | | $5.10 |
| MCK | 8/26/2005 5:31:13 AM | 70139901 | | | Lockbox - CD | $10.00 | | $10.10 |
| MCK | 8/15/2005 5:26:49 PM | 71 | | | Sales | ($1.70) | | $0.10 |
| MCK | 8/8/2005 6:10:24 PM | 140 | | | Sales | ($5.00) | | $1.80 |
| MCK | 8/5/2005 7:36:33 PM | ITS0805 | | | ITS Withdrawal | ($5.00) | | $6.80 |
| MCK | 8/5/2005 9:45:55 AM | JV0143 | | | Payroll - IPP | $10.08 | | $11.80 |
| MCK | 7/20/2005 7:53:32 PM | ITS0720 | | | ITS Withdrawal | ($1.00) | | $1.72 |
| MCK | 7/18/2005 7:37:50 AM | 7 | | | Sales | ($5.00) | | $2.72 |
| MCK | 7/18/2005 7:37:37 AM | 6 | | | Sales | $0.00 | | $7.72 |
| MCK | 7/14/2005 7:58:06 PM | ITS0714 | | | ITS Withdrawal | ($5.00) | | $7.72 |
| MCK | 7/8/2005 9:51:43 AM | JV0133 | | | Payroll - IPP | $10.56 | | $12.72 |
| MCK | 7/3/2005 8:51:58 PM | ITS0703 | | | ITS Withdrawal | ($2.00) | | $2.16 |
| MCK | 7/3/2005 8:34:49 PM | ITS0703 | | | ITS Withdrawal | ($2.00) | | $4.16 |
| MCK | 6/22/2005 4:30:38 PM | ITS0622 | | | ITS Withdrawal | ($4.00) | | $6.16 |
| MCK | 6/18/2005 8:53:12 AM | ITS0618 | | | ITS Withdrawal | ($3.00) | | $10.16 |
| MCK | 6/17/2005 5:54:10 AM | 70135001 | | | Lockbox - CD | $10.00 | | $13.16 |
| MCK | 6/16/2005 5:51:50 PM | 118 | | | Sales | ($2.00) | | $3.16 |
| MCK | 6/9/2005 5:59:23 PM | 162 | | | Sales | ($5.00) | | $5.16 |
| MCK | 6/3/2005 6:09:05 PM | ITS0603 | | | ITS Withdrawal | ($5.00) | | $10.16 |
| MCK | 6/3/2005 6:15:12 AM | JV0121 | | | Payroll - IPP | $14.40 | | $15.16 |
| MCK | 5/15/2005 11:51:18 AM | ITS0515 | | | ITS Withdrawal | ($3.00) | | $0.76 |
| MCK | 5/13/2005 6:16:09 PM | ITS0513 | | | ITS Withdrawal | ($4.00) | | $3.76 |

| Alpha Code | Date | Ref | Description | Amount | Balance |
|---|---|---|---|---|---|
| MCK | 5/12/2005 4:45:17 PM | 111 | Sales | ($5.00) | $7.76 |
| MCK | 5/6/2005 5:33:51 PM | ITS0506 | ITS Withdrawal | ($6.00) | $12.76 |
| MCK | 5/6/2005 7:44:20 AM | JV0108 | Payroll - IPP | $18.00 | $18.76 |
| MCK | 4/6/2005 6:01:25 PM | 99 | Sales | ($5.00) | $0.76 |
| MCK | 3/21/2005 5:15:35 PM | ITS0321 | ITS Withdrawal | ($4.00) | $5.76 |
| MCK | 3/18/2005 1:26:06 PM | 204 | Sales | ($0.20) | $9.76 |
| MCK | 3/4/2005 9:01:01 AM | JV0077 | Payroll - IPP | $9.36 | $9.96 |
| MCK | 2/21/2005 6:23:11 PM | ITS0221 | ITS Withdrawal | ($1.00) | $0.60 |
| MCK | 2/19/2005 5:20:19 PM | ITS0219 | ITS Withdrawal | ($1.00) | $1.60 |
| MCK | 2/18/2005 8:32:30 PM | ITS0218 | ITS Withdrawal | ($1.00) | $2.60 |
| MCK | 2/9/2005 6:54:39 PM | ITS0209 | ITS Withdrawal | ($1.00) | $3.60 |
| MCK | 2/4/2005 6:26:34 PM | ITS0204 | ITS Withdrawal | ($4.00) | $4.60 |
| MCK | 2/4/2005 7:22:20 AM | JV0064 | Payroll - IPP | $8.28 | $8.60 |

1

**Total Transactions: 46**

                                        **Totals:**    $2.14    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | $2.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.46 |
| **Totals:** | **$2.46** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2.46** |