UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

United States of America )   CRIM 00-72
              Appellee, )
vs. )   Case No. Civ. No 04-1098
              )
Donald G. Jackman, Jr )
            Appellant. )

MOTION FOR LEAVE TO FILE
IN FORMA PAUPERIS

    Comes now Donald G. Jackman, Jr. (Mr. Jackman) in the above named and captioned case moving this Honorable Court to Grant Leave to file In Forma Pauperis. That Mr. Jackman is indigent and with out the financial means to pay the filing fees and that he is entitled to redress in the matter now before the court. That previous filings before this same court have been granted leave and it is respectfully requested that leave to file be granted in the forementioned case. In support of said motion Mr. Jackman has attached copies of his current inmate trust fund account in support of same.

                                              Respectfully submitted,

                                               _Donald G. Jackman, Jr._ Pro se
                                               Donald G. Jackman, Jr. # 06804068

AND NOW, this 1st day of November, 20 05,
IT IS SO ORDERED.
_Maurice B. Cohill, Jr._
UNITED STATES SENIOR DISTRICT JUDGE

FILED
OCT 31 2005
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSY...

(1)