FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Donald G. Jackman, Jr.   )
      Defendant,   )
   vs.   )   Case No. 04-1098
United States of America   )   From Crim. No.00-72
      Plaintiff's.   )

RECEIVED
JAN 25 2006
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**ORDER**

    AND NOW, this 19th day of January 2006, per a new ruling of law derived from order dated 13, September, 2005 by the Honorable Judge Maurice B. Cohill, Jr., which invalidated removal of party statutes by issuance of an order while being a defendant/witness, creating a new authority of law. The new authority of law being the ability of a defendant to issue an order dismissing a matter before the court he is a party to. The order being consistent with Pennsylvania Law allowing the issuance of warrants signed by individuals.

    Based in part on statutes 28 USC § 144 and 28 USC § 455(a)&(b) requiring removal, Judge Cohill's order has invalidated said statutes, creating a new authority of law which grants power to a defendant to dismiss legal action[s] he is a party to. Mr. Jackman as a defendant in the above captioned case per this new authority of law, Hereby issues ORDER, GRANTING dismissal of all charges including immediate release from the custody of the Federal Bureau of Prisons (BOP).

    It is further instructed based on the foregoing valid enforceable order that the Clerk's Office transmits and instructs the U.S. Marshal's Service to execute this order immediately releasing Mr. Jackman from the custody of the BOP.

    It is further Ordered that pursuant to Rule 4(a)(1) of the of the F.R.App.P., if the plaintiff desires to appeal this order he/she must do so within Thirty days by filing a notice as provided by Rule 3 F.R.App.P..

                                           */s/ Donald G. Jackman, Jr.*
                                                  Defendant