Donald G
Federal
Mckean
P.O. Box 8000
Bradford, Pa.   16701

"LEGAL MAIL"
SPECIAL MAIL



clerk's Office
United States district Court
Western District of Pennsylvania
U.S. Post Office and Courthouse
P.O. Box 1805
Pittsburgh, Pa.   15219

"LEGAL MAIL SPECIAL MAIL"