IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 00-72 |
| | ) | |
| DONALD G. JACKMAN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 27th day of March, 2006, upon consideration of defendant's Pro Se Motion for the Return of Property (document No. 162) and Memorandum in Support thereof filed in the above captioned matter on March 24, 2006,

IT IS HEREBY ORDERED that said Motion is DENIED.


s/Maurice B. Cohill, Jr.
United States District Judge


cc/ecf:   Margaret E. Picking, AUSA

Donald G. Jackman, Jr.