UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA
FILE NUMBER 00-72
ORIGINAL PROCEEDING UNDER NO. 00-757

United States of America )
)
)
vs. )   NOTICE OF APPEAL
)
)
Doanld G. Jackman, Jr. )
       Defendant, )

**FILED**

APR 05 2006

CLERK U.S. DISTRICT COURT
ST. DIST. OF PENNSYLV/

    Notice is hereby given that Donald G. Jackman, Jr. (Mr.Jackman) defendant in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the final order denying the return of property forfeited under case number 00-757, entered in this action on the 27th day of March, 2006.

                                   _____, Pro se
                                   Donald G. Jackman, Jr. #06804068
                                   Federal Correctional Institution,
                                   Mckean
                                   P.O. Box 8000
                                   Bradford, Pa.  16701

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Notice of Appeal was served on all parties of record listed below on this the **3rd** day of April, 2006 sending same postage prepaid by handing to Mckean staff for delivery to the U.S. Postal Service addressed as follows:

    Respectfully submitted,

_____ Pro se
Donald G, Jackman, Jr. #06804068
Federal Correctional Institution, Mckean
P.O. Box 8000
Bradford, Pa.    16701

cc: Clerk's Office
    United States District Court
    For The Western District of Pennsylvania
    U.S. Post Office and Courthouse
    P.O. Box 1805
    Pittsburgh, Pa.    15219

: Margaret E. Picking, Esq.
    Assistant U.S. Attorney
    400 United States Courthouse
    Pittsburgh, Pa.    15219

: File