

Federal Correctional Institution McKean
Name: Donald G. Jackman, Jr.
Reg.#: 06804068
P.O. Box 8000
Bradford, PA 16701

"LEGAL MAIL"
SPECIAL MAIL

Clerk's Office
United States District Court
For The Western District of Pennsylvania
U.S. Post Office and Courthouse
P.O. Box 1805
Pittsburgh, Pa. 15219

FEDERAL CORRECTIONAL INSTITU
P.O. BOX 5000
BRADFORD, PA 16701    DATE__04-
The enclosed letter was processed throug
for forwarding to you. The letter has neit
inspected. If the writer raises a question
this facility has jurisdiction, you may wish
for further information or clarification. If t
correspondence for forwarding to anothe
the enclosure to the above address.

4-2-2006