CPS-140                                                              February 24, 2006
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-4877**

UNITED STATES OF AMERICA

    VS.

DONALD G. JACKMAN, JR.

    (W.D. Pa. Crim. No. 00-cr-00072; Civ. No. 04-cv-01098)

Present:    BARRY, SMITH AND NYGAARD, <u>CIRCUIT JUDGES</u>

    Submitted are:

    (1)    By the Clerk for possible dismissal due to a jurisdictional defect;

    (2)    Appellant's response in opposition to dismissal due to a jurisdictional defect;

    (3)    Appellee's response on dismissal for jurisdictional defect; and

    (4)    Appellee's motion for summary action;

    in the above-captioned case.

                                          Respectfully,

                                          Clerk

MMW/DPW/mc/crg

_____**ORDER**_____

**The foregoing appeal is dismissed for lack of appellate jurisdiction to the extent Appellant has appealed the denial of his: (1) motion for summary judgment; (2) motions for production of audio tapes; (3) motion for leave to file discovery; (4) motion to compel discovery; (5) motion for judicial review of the Freedom of Information Act (FOIA) denial; and (6) motion for judicial review. The District Court's Order entered on October 18, 2005 is not final within the meaning of 28**

1

U.S.C. § 1291 to the extent it denied these motions. See <u>Midland Asphalt Corp. v. United States</u>, 489 U.S. 794, 798 (1989). We summarily affirm the District Court's Order entered October 18, 2005 to the extent it denied Appellant's renewed motion for bond. See <u>United States v. Smith</u>, 835 F.2d 1048, 1049-50 (3d Cir. 1987).

By the Court,

/s/ <u>Maryanne Trump Barry</u>
Circuit Judge

Dated: March 24, 2006
CRG/cc: Mr. Donald G. Jackman Jr.
       Laura S. Irwin, Esq.

Certified as a true copy and issued in lieu of a formal mandate on 5/15/06

Teste: *[signature]*
Clerk, U.S. Court of Appeals for the Third Circuit