IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
        Plaintiff )
)
vs ) Criminal No. 00-72
)
Donald Jackman )
        Defendant )

## ORDER OF COURT

AND NOW, to wit, this ___8th___ day of ___June___, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleadings, impounded in the Office of the Clerk of Court be unsealed and returned to the file:

    Documents:    25, 49, 54, 55, 56, 57, 60, 65, 66, 111
                        Exhibits from Competency Hearing on September 10, 2001

                                                 _Maurice B. Cohill, Jr._
                                                 Maurice B. Cohill, Jr.
                                                 U.S. District Judge