Donald G. Jackman, Jr. #06804068
Federal Correctional Institution, McKean
P.O. Box 8000
Bradford, Pa. 16701

"LEGAL MAIL"
SPECIAL MAIL

Office of the Clerk
United States District Court
for the Western District of Pennsylvania
P.O. Box 1805
Pittsburgh, Pa.  15219

8-11-2006

INSTITUTION MCKEAN
DATE 08-1/-06
through special mailing procedures
is neither been opened nor
ssion or problem over which
y wish to return the material
n. If the writer encloses
nother addressee, please return