


# State of North Carolina

PCAR140 (30)

NORTH CAROLINA DEPARTMENT OF CORRECTION

POST-RELEASE SUPERVISION AND PAROLE COMMISSION

| JAMES B. HUNT JR. | | COMMISSIONERS |
| GOVERNOR | 831 W MORGAN STREET | ELBERT T. BUCK |
| | P O BOX 29540 | WILLIAM A. LOWRY |
| JUANITA H. BAKER | RALEIGH NC 27626-0540 | CHARLES L. MANN, SR. |
| CHAIRMAN | | PEGGY M. STAMEY |
| | (919) 733-3414 | |

RE: DOC ID: 0201997
P/PO: JCB01   CHIEF: FRL03   FACL: 516BB

CERTIFICATE OF UNCONDITIONAL DISCHARGE

(AND RESTORATION OF FORFEITED RIGHTS OF CITIZENSHIP FOR FELONS)
KNOW EVERYONE BY THESE PRESENTS:

WHEREAS, DONALD G JACKMAN           WAS ON OCTOBER   03,1989 COMMITTED TO THE
NORTH CAROLINA DEPARTMENT OF CORRECTION FROM:

| COURT | COUNTY | SENTENCE LENGTH MIN TO MAX | CRIME | DOCKET |
|---|---|---|---|---|
| SUPERIOR | CATAWBA | 0000000  0070000 | TRAFFICK COCAINE 28- | 88013868 F |
| SUPERIOR | CATAWBA | 0000000  0050000 | POSSESS WITS SCHEDUL | 88013869 F |
| SUPERIOR | CATAWBA | 0000000  0050000 | POSSESS WITS SCHEDUL | 88013870 F |

AND WAS PAROLED OR CONDITIONALLY RELEASED ON NOVEMBER  06, 1996 AND THE
POST-RELEASE SUPERVISION AND PAROLE COMMISSION BY THE AUTHORITY OF
SECTIONS 15A-1372(C)/148.49.15(B) OF THE GENERAL STATUTES OF NORTH CAROLINA,
DOES HEREBY GRANT TO SAID OFFENDER AN UNCONDITIONAL DISCHARGE FROM
SENTENCE(S).

FOR CONVICTED FELONS ONLY - RESTORATION OF RIGHTS

PURSUANT TO SECTION 13-1 OF THE GENERAL STATUTES OF NORTH CAROLINA, ALL RIGHTS
OF CITIZENSHIP WHICH WERE FORFEITED ON CONVICTION ARE BY LAW AUTOMATICALLY
RESTORED WITH THE EXCEPTION OF THE RIGHT TO OWN, POSSESS, RECEIVE, BUY OR
OTHERWISE ACQUIRE FIREARMS. THIS RIGHT IS PRECLUDED FOR FIVE YEARS TO SOME
FELONS BY SECTION 14-415.1 OF THE GENERAL STATUTES OF NORTH CAROLINA.

THE POST-RELEASE SUPERVISION AND PAROLE COMMISSION DOES HEREBY CERTIFY THAT,
PURSUANT TO SECTIONS 13.1/13.2/148-49.15(D) OF THE GENERAL STATUTES OF
NORTH CAROLINA, ALL RIGHTS OF CITIZENSHIP WHICH THE SAID:
DONALD G JACKMAN                               FORFEITED ON CONVICTION
ARE BY LAW AUTOMATICALLY RESTORED.

IN WITNESS WHEREOF THIS CERTIFICATE BEARING THE SEAL OF THE NORTH CAROLINA
POST-RELEASE SUPERVISION AND PAROLE COMMISSION IS ISSUED, THIS THE 16TH DAY
OF JANUARY    , 1997

                    COMMISSIONER:  ELBERT T. BUCK

                    COMMISSIONER:  PEGGY M. STAMEY

**APPENDIX "A"**

EXHIBIT