Federal Correctional Institution McKean
Name: Donald G. Jackman, Jr.
Reg.#: 06804-068
P.O. Box 8000
Bradford, PA 16701

"LEGAL MAIL"
SPECIAL MAIL

FEDERAL CORRECTIONAL INSTI
P.O. BOX 5000, BRADFORD, P
DATE 12-__-06
The enclosed letter was processed thr
for forwarding to you. The letter has
inspected. If the writer raises a ques
this facility has jurisdiction, you may
for further information or clarification
correspondence for forwarding to a
the enclosure to the above address

Clerk's Office
United States District Court
for the Western District of Pennsylvania
U.S.P.O. & Courthouse
P.O. Box 1805
Pittsburgh, Pa.   15219