IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Case No. Civil 04-1098 |
| | ) | (From Crim. No. 00-72 |
| Donald G. Jackman, Jr. | ) | |
| Appellant | ) | |

### NOTICE OF APPEAL TO THE FEDERAL CIRCUIT

COMES NOW, Donald G. Jackman, Jr. Appellant in the above named and captioned case giving notice of appeal of the denial of transfer to the Federal Court of Claims under Title 28 USCS § 1292(d)(4)(B) a motion under 28 USCS § 2255 filed in the U.S. District Court for the Western District of Pennsylvania. This is to serve as notice to the filing with the Federal Circuit Court of Appeals.

Respectfully submitted,

Donald G. Jackman, Jr.    Pro se

(1)

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing notice of appeal was served on all parties of record on this the 29th day of December, 2006, by placing same postage prepaid in the U.S. Postal Service addressed as follows:

                                    Respectfully submitted,

                          _/s/ Donald G. Jackman, Jr._   Pro se

Donald G. Jackman, Jr. #06804-068
Federal Correctional Institution, Mckean
P.O. Box 8000
Bradford, Pa.   16701

cc: Office of the Clerk
    United States District Court
    for the Western District of Pennsylvania
    United States Post Office & Courthouse
    P.O. Box 1805
    Pittsburgh, Pa.   15219

  : Kelly R. Labby, AUSA
    United States Attorney's Office
    700 Grant Street, Suite 400
    Pittsburgh, Pa.   15219

  : file