ERIE PA 165
05 JAN 2007 PM 1 T

Office of the Clerk
United States District Court
for the Western District of Pennsylvania
U.S. Post Courthouse
P.O. Box 1805
Pittsburgh, Pa.   15219

Federal Correctional Institution McKean
Name: Donald G. Jackman, Jr.
Reg.#: 06804-068
P.O. Box 8000
Bradford, PA 16701

"LEGAL MAIL"
SPECIAL MAIL

FEDERAL CORRECTIONAL INST
P.O. BOX 5000, BRADFORD, P
DATE 01-5-07
The enclosed letter was processed thro
for forwarding to you. The letter has ne
inspected. If the writer raises a questio
this facility has jurisdiction, you may wis
for further information or clarification. If
correspondence for forwarding to anoth
the enclosure to the above address.