UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.              IN REPLYING, GIVE NUMBER
CLERK OF COURT                  OF CASE AND NAMES OF PARTIES
412-208-7500

January 9, 2007



Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106

IN RE:  UNITED STATES OF AMERICA v. RONALD G. JACKMAN
WESTERN DIST. OF PA NO. 2:00-cr-72
U.S.C.A. NO. 07-1023

Dear Ms. Waldron:

Enclosed please find:

| | |
|---|---|
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. |
| X | Actual Record (Documents 1-154) with one certified copy and one uncertified copy of the docket entries. Remainder of entries available through ECF. |
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record. |
| _ | **Actual _ Supplemental Record** with one certified copy and one uncertified copy of the docket entries. |

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _Susan J. Shaffer_
Susan J. Shaffer
Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY:_____ DATE _____