UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV



ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

January 9, 2007

Jan Horbaly, Clerk
United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

**2007-1140**

RECEIVED

JAN 1 9 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANI'

IN RE:  UNITED STATES OF AMERICA v. RONALD G. JACKMAN
WESTERN DIST. OF PA NO. 2:00-cr-72
U.S.C.A. NO. 07-1023

Dear Ms. Horbaly:

Enclosed please find certified copies of the following docket entries from our court sent pursuant to the Notice of Appeal to the Federal Circuit filed on January 8, 2007:

Docket Entries 140, 169, 170, and 173.

Also, please find enclosed one certified copy and one uncertified copy of the docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Susan J. Shaffer
Deputy Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 1 6 2007

JAN HORBALY
CLERK

Enclosures

RECEIPT ACKNOWLEDGED BY: _____ DATE _____