Donald C. Jackman, Jr. #06804-068
Federal Correctional Institution, McKean
P.O. Box 8000
Bradford, PA 16701

"LEGAL MAIL"
SPECIAL MAIL

PM
2007

19 JAN 2007

MCKEAN

ailing procedures
ened nor
over which
e material
loses
please return

Office of the Clerk
United States District Court
for the Western District of Pennsylvania
U.S. Post Office and Courthouse