ERIE PA 165
22 JAN 2007 PM 1 L

EDINBORO U[N]
SESQU[I]CENT[ENNIAL]
1857-200[7]

Federal Correctional Institution McKean
Name: Donald G. Jackman, Jr.
Reg.#: 06804-068
P.O. Box 8000
Bradford, PA 16701

Office of the Clerk
United States District Court
for the Western District of Pennsylvania
P.O. Box 1805
Pittsburgh, Pa. 15219

FEDERAL CORRECTIONAL INSTITUTI[ON]
P.O. BOX 5000, BRADFORD, PA 167[01]
DATE 01-22-07
The enclosed letter was processed through spe[cial mailing procedures]
for forwarding to you. The letter has neither b[een opened nor]
inspected. If the writer raises a question or pr[oblem over which]
this facility has jurisdiction, you may wish to re[turn the material]
for further information or clarification. If the wr[iter encloses]
correspondence for forwarding to another addr[ess, please return]
the enclosure to the above address.