IN THE UNITE STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Donald G. Jackman, Jr.      )
        Appellant,   )
                     )
v.                          ) Civil No. 04-1098
                     ) Crim. No. 00-72
                     )
United States of America,   )
        Appellees.   )

### NOTICE OF APPEAL

COMES NOW, Appellant Donald G. Jackman, Jr. in the above named and captioned case giving notice of appeal from the denial of the Motion for Relief from Judgment and Order filed under F.R.Civ.P. Rule 60(b) denied January 29, 2007 by the United States district Court for the Western District of Pennsylvania.

                                      Respectfully submitted,

                                  _/s/ Donald G. Jackman, Jr._ Pro se
                                  Donald G. Jackman, Jr.    Pro se

(1)

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent to all parties of record on this the 9th day of February, 2007, postage prepaid and addressed as follows:

                                      Respectfully submitted,

                               _____ Pro se
                               Donald G. Jackman, Jr. #06804-068
                               Federal Correctional Institution, Mckean
                               P.O. Box 8000
                               Bradford, Pa.    16701

cc: Clerk's Office
    United States District Court
    for the Western District of Pennsylvania
    P.O. Box 1805
    Pittsburgh, Pa.    15219

: Kelly Labby, Esq. AUSA
    Office of United States Attorney
    700 Grant Street, Suite 400
    Pittsburgh, Pa.    15219

: file