

ERIE PA 165

12 FEB 2007 PM 1 T

Office of the Clerk
United States District Court
for the Western District of Pennsylvania
P.O. Box 8000
Pittsburgh, Pa. 15219

Federal Correctional Institution McKean
Name: Donald G. Jackman, Jr.
Reg.#: 06804-068
P.O. Box 8000
Bradford, PA 16701

TIONAL INSTITUTION, MCKEAN
RADFORD, PA 16701
02-/-07
processed through special mailing procedures
he letter has neither been opened nor
aises a question or problem over which
on, you may wish to return the material
r clarification. If the writer encloses
warding to another addressee, please return
ove address.

-2-