| | | |
|---|---|---|
| **Marcia M. Waldron**<br>Clerk | **OFFICE OF THE CLERK**<br>**UNITED STATES COURT OF APPEALS**<br>**FOR THE THIRD CIRCUIT**<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790<br>www.ca3.uscourts.gov | Telephone<br>215-597-2995 |

March 6, 2007

Donald G. Jackman, Jr.
#06804-068
FCI McKean
P.O. Box 8000
Bradford, PA 16701

RE:     Jackman v. United States
            UNDOCKETED IN THE COURT OF APPEALS
            WDPA No. 2:04-cv-01098-MBC

Dear Mr. Jackman,

      On January 8, 2007, the Clerk received a cover letter dated December 29, 2006, a notice of appeal to the Federal Circuit, and a second Notice of Appeal presumably to this Court. These documents were placed in one of your existing appeals in the Third Circuit in error.

      Upon further review, it appears that these documents were intended on being filed as new notices of appeal in WDPA No. 2:04-cv-01098. Notices of appeal are to be filed in the District Court and not directly with the Court of Appeal. In order to preserve your appeal rights, the notices will be transmitted to the District Court for docketing. Both your notice of appeal to this Court and the notice of appeal to the Federal Circuit will be transmitted.

      Please note that you may not have appeals from the same order concurrently pending in different courts of appeal. Once the District Court has entered your notice of appeal on its docket and transmitted the appeal to this Court, an order to show cause will be issued to this Court directing a response in writing as to why the appeal in this Court should not be dismissed if an identical appeal has been filed with the Federal Circuit.

                                      Very truly yours,
                                      Marcia M. Waldron, Clerk

                                      By: /s/ Patricia S. Dodszuweit
                                      Chief Deputy Clerk

cc: Robert Barth, Clerk