UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNited States of America | ) | |
|  | ) | |
| vs. | ) | Case No. Civil 04-1098 |
|  | ) | (From Crim. No.00-72) |
| Donald G. Jackman, Jr. | ) | |
| Appellant, | ) | |

RECEIVED JAN - 8 2007 U.S.C.A. 3rd. CIR.

**NOTICE OF APPEAL**

COMES NOW, Donald G. Jackman, Jr. Appellant, in the above named and captioned case entering timely notice of appeal of the denial for relief under Title 28 USCS § 2255 by Judge Maurice B. Cohill, Jr. U.S. District Court for the Western District of Pennsylvania, entered December 21, 2006.

Respectfully submitted,

*Donald G. Jackman, Jr.* Pro se

Donald G. Jackman, Jr.    Pro se

## CERTIFICATE OF SERVICE

This is to certify that the foregoing notice of appeal was served on all parties of record this 28th day of December, 2006, by placing same postage prepaid in the U.S. Postal Service addressed as follows:

                                      Respectfully submitted,

                        */s/ Donald C. Jackson, Jr.*   Pro se
                        Donald G. Jackman, Jr. #06804-068
                        Federal Correctional Institution, Mckean
                        P.O. Box 8000
                        Bradford, Pa.  16701

cc: Clerk's Office
    United States District Court
    for the Western District of Pennsylvania
    U.S. P.O. & Courthouse
    P.O. Box 1805
    Pittsburgh, Pa.  15219

: Kelly R. Labby AUSA
    United States Attorney's Office
    700 Grant Street, Suite 400
    Pittsburgh, Pa.  15219

: file

(2)

