IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Case No. Civil. U.S.C.A. 3rd CIR. |
| ) | (From Crim. No. 00-72) |
| Donald G. Jackman, Jr. ) | |
|        Appellant ) | |

RECEIVED JAN - 8 2007 U.S.C.A. 3rd CIR.

### NOTICE OF APPEAL TO THE FEDERAL CIRCUIT

COMES NOW, Donald G. Jackman, Jr. Appellant in the above named and captioned case giving notice of appeal of the denial of transfer to the Federal Court of Claims under Title 28 USCS § 1292(d)(4)(B) a motion under 28 USCS § 2255 filed in the U.S. District Court for the Western District of Pennsylvania. This is to serve as notice to the filing with the Federal Circuit Court of Appeals.

Respectfully submitted,

*signature* Pro se
Donald G. Jackman, Jr.  Pro se

(1)

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing notice of appeal was served on all parties of record on this the 29th day of December, 2006, by placing same postage prepaid in the U.S. Postal Service addressed as follows:

Respectfully submitted,

_____  Pro se

Donald G. Jackman, Jr. #06804-068
Federal Correctional Institution, Mckean
P.O. Box 8000
Bradford, Pa.   16701

cc: Office of the Clerk
    United States District Court
    for the Western District of Pennsylvania
    United States Post Office & Courthouse
    P.O. Box 1805
    Pittsburgh, Pa.   15219

  : Kelly R. Labby, AUSA
    United States Attorney's Office
    700 Grant Street, Suite 400
    Pittsburgh, Pa.   15219

  : file

(2)



Federal Correctional Institution McKean
Name: Donald G. Jackman, Jr.
Reg.#: 06804-068
P.O. Box 8000
Bradford, PA 16701

"LEGAL MAIL"
SPECIAL MAIL

The enclosed letter was processed
for forwarding to you. The letter has been
inspected. If the writer raises a question
this facility has jurisdiction, you may
for further information or clarification
correspondence for forwarding to all
the enclosure to the above address.

FEDERAL CORRECTIONAL I
P.O. BOX 5000, BRADFORD
DATE 01-___

RECEIVED
U.S.C.A. 3rd. CIR
JAN - 8 2007
U.S.M.C.A.
U.S. X-RAY
U.S. X-RAY

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pa. 19106-1790

ERIE PA 165
05 JAN 2007 PM 1

