ALD-342                                                                                           August 9, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-1476**

UNITED STATES OF AMERICA

      VS.

DONALD G. JACKMAN

    (W.D. PA CRIM. NO. 00-CR-00072-1)
    CRIMINAL TREATED AS CIVIL

Present:    SLOVITER, CHAGARES AND COWEN, CIRCUIT JUDGES

    Submitted is appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);:

    in the above-captioned case.

                          Respectfully,

                          Clerk

MMW/KEK/zm/crg

_____ORDER_____

    The foregoing request for a certificate of appealability is denied. See Venen v. Sweet, 758 F.2d 117, 121-23 (3d Cir. 1985). Reasonable jurists would not find it debatable whether the District Court was correct in denying Appellant's petition. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

                          By the Court,

                          /s/ Robert E. Cowen
                          Circuit Judge

Dated: August 27, 2007
CRG/cc: Mr. Donald G. Jackman Jr.
       Kelly R. Labby, Esq.



A True Copy:

Marcia M. Waldron, Clerk