UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-2191

UNITED STATES OF AMERICA

v.

DONALD G. JACKMAN, JR.,

Appellant

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Crim. No. 00-cr-00072)
District Judge: Honorable Maurice B. Cohill, Jr.

Submitted under Third Circuit LAR 34.1(a)
June 19, 2007

Before:  BARRY, CHAGARES and ROTH, CIRCUIT JUDGES

## JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on June 19, 2007.

On consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the district court entered March 27, 2006, be and the same is hereby **affirmed**. Appellee's

motion to supplement and expand the record and motion for return of property are **denied**. Parties to bear their own costs.

All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: September 12, 2007

Certified as a true copy and issued in lieu
of a formal mandate on 10 31/07

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit